# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-6079 PA (AFMx) | Date | February 1, 2022 |
|---|---|---|---|
| Title | Valley National Bank v. Mundo Trucking Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause**

On September 20, 2021, third-party plaintiff Mundo Trucking Inc. ("Mundo") filed a proof of service, indicating service upon third-party defendant Global Century Insurance Brokers, Inc. ("Global"). (Docket No. 27.) On October 12, 2021, Mundo requested the Clerk enter default against Global. (Docket No. 34.) The Clerk entered default the same day. (Docket No. 35.) On October 25, 2021, Global filed a motion for relief from judgment, requesting the Court set aside the default. (Docket No. 42.) On December 9, 2021, the Court entered an Order granting Global's motion and setting aside the default. (Docket No. 63.)

To date, Global still has not filed a responsive pleading or other appropriate answer to Mundo's Third-Party Complaint. Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1). Global has had ample time to respond following this Court's December 9, 2021 Order setting aside the default. Global is ordered to show cause, in writing, on or before **February 9, 2022**, why default should not be entered against it for failing to timely file a responsive pleading or other appropriate answer. Global's filing of an Answer or other responsive pleading by that date shall be deemed a sufficient response to the Order to Show Cause.

If Global fails to respond, the Court orders Mundo to show cause, in writing, on or before **February 16, 2022,** why Global should not be dismissed for lack of prosecution. Mundo's filing of a Request for Default by that date shall be deemed a sufficient response to the Order to Show Cause. Failure to timely or adequately respond to this Order may, without further warning, result in the imposition of sanctions, including but not limited to dismissal or entry of default.

IT IS SO ORDERED.