JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>    Plaintiff,<br><br> vs.<br><br>MUNDO TRUCKING, INC.,<br><br>    Defendant. | Case No.: 2:21-cv-06079 PA (AFMx)<br><br>Assigned for all Purposes to:<br>Hon. Percy Anderson |
| MUNDO TRUCKING, INC.,<br><br>    Counterclaimant,<br><br> vs.<br><br>VALLEY NATIONAL BANK,<br><br>    Counter-Defendant. | **ORDER TO DISMISS** |

**[PROPOSED] ORDER TO DISMISS**

| | |
|---|---|
| 1 | MUNDO TRUCKING, INC., |
| 2 |         Third-Party Plaintiff, |
| 3 | vs. |
| 4 | MORENO & GRAHAM INSURANCE SERVICES, INC.; GLOBAL CENTURY INSURANCE BROKERS, INC.; and GLOBAL HAWK INSURANCE COMPANY RETENTION GROUP, |
| 8 |         Third-Party Defendants. |

Before the Court is Plaintiff/Counter-Defendant VALLEY NATIONAL BANK (hereinafter Valley"), Defendant/Counterclaimant/Third-Party Plaintiff MUNDO TRUCKING INC. (hereinafter "Mundo Trucking"), and Third-Party Defendant GLOBAL CENTURY INSURANCE BROKERS, INC. ("Global Century") (collectively, "Parties")'s STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) ("Stipulation").

Having read and considered the Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

    1.    The Stipulation is GRANTED;

    2.    Except as provided for in Paragraph 2, this case is DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: June 17, 2022

                                                             Percy Anderson
                                                United States District Judge

[PROPOSED] ORDER TO DISMISS

DM1\13221084.1