JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK, | CV 21-6079 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MUNDO TRUCKING INC., | |
| Defendant. | |

Pursuant to the Court's August 17, 2023 Order granting the Motion to Enforce Compliance with Settlement Agreement filed by plaintiff Valley National Bank ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall have judgment in its favor and against defendant Mundo Trucking Inc ("Defendant"); and

2. Plaintiff shall recover from Defendant the amount of $46,718.65. Plaintiff is also entitled to post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid.

DATED: August 17, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE